JOHN F. DAILEY, JR., as Trustee in Reorganization of 263 West 38th Street Corporation, and ALFRED J. KENNEDY, JR., as Receiver of MORRIS KOBRINETZ, in Proceedings Supplementary to Judgment, Respondents, *v.* HARRY GIDINSKY, Appellant, Impleaded with Others, Defendants.

Argued November 28, 1944; decided December 30, 1944.

*David Haar* for appellant.

*Samuel Komoroff* and *Edward J. Gould* for respondents.

*Per Curiam.* The final judgment should be modified by striking therefrom the direction for payment to the plaintiff receiver of sums to be fixed by the court in which the receivership is pending. Whether such payment shall be made to the plaintiff receiver must be determined by the court which appointed him. (Civ. Prac. Act, §§ 804-a, 1547.) In all other respects, the judgments should be affirmed, with costs.

The judgments should be modified in accordance with this opinion and as so modified affirmed, with costs.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Judgment accordingly.